IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM HENRY HARRIS, JR.,

    Plaintiff,

vs.                              Case No. 2:10-cv-1333-IPJ-PWG

OFFICER HAYWOOD and the ALABAMA
DEPARTMENT OF CORRECTIONS,

    Defendant.

## MEMORANDUM OPINION

    The magistrate judge filed a report and recommendation in this action on September 9, 2010, recommending that all claims in this action, except for the excessive force claim against Officer Haywood, be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and (2).  The magistrate judge further recommended that the excessive force claim against Officer Haywood by referred back to him for further proceedings.  To date, no party has filed objections to the report and recommendation.

    Having now carefully reviewed and considered *de novo* all materials in the court file, the court finds that the report is due to be and hereby is ADOPTED and the recommendation ACCEPTED.  Accordingly, the court finds that all claims in this action, except for the excessive force claim against Officer Haywood, are due to

dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and (2); and that that the excessive force claim against Officer Haywood by referred back to the magistrate judge for further proceedings. The court shall so rule by separate Order.

DONE this 14th day of October, 2010.

/s/ Inge Prytz Johnson
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE