IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM HENRY HARRIS, JR.,

    Plaintiff,

vs.                                          Case No. 2:10-cv-1333-IPJ-PWG

OFFICER HAYWOOD and the ALABAMA
DEPARTMENT OF CORRECTIONS,

    Defendant.

### ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, adopting the report and recommendation of the magistrate judge, the court **ORDERS** that the all claims in this action, except for the excessive force claim against Officer Haywood, be and hereby are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) and (2).

It is further **ORDERED** by the court that the excessive force claim against Officer Haywood is **REFERRED** back to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this the 14th day of October, 2010.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE